1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   SARA WINSLOW (DC Bar No. 457643)
3  Chief, Civil Division
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6925
6       FAX: (415) 436-6748
        Sara.winslow@usdoj.gov
7
   Attorneys for Defendants

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  RAJPAL BANDARAPALLI,
                                            C 17-00194 MEJ
13                    Plaintiff,

14          v.

15  JEH JOHNSON, Department of Homeland       **STIPULATION REMANDING CASE TO
    Security (DHS); LEON RODRIGUEZ,           UNITED STATES CITIZENSHIP AND
16  Director, USCIS, JOHN CRAMER, District    IMMIGRATION SERVICES, PURSUANT TO 8
    Director, San Francisco USCIS Field Office, U.S.C. § 1447(b) and [PROPOSED] ORDER**
17
18                    Defendants.

19

20          1.     Plaintiff commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to

21  adjudicate his application for naturalization that was pending before the United States Citizenship and

22  Immigration Services ("USCIS" or "the agency") for more than 120 days after Plaintiff had been

23  interviewed.

24          2.     USCIS is now prepared to resolve this matter by adjudicating Plaintiff's application for

25  naturalization. However, USCIS cannot adjudicate the application unless and until the Court remands

26  the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a

27

28
    STIPULATION TO REMAND
    C17-00194 MEJ

Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

Accordingly, IT IS HEREBY STIPULATED that:

1. The Court shall remand this case to USCIS, directing the agency to take any and all necessary actions, and issue a decision on Plaintiff's application for naturalization within 30 days of the remand order.

2. If USCIS does not issue a decision on Plaintiff's application for naturalization within the time frame set forth in paragraph 1 above, Defendants will not oppose any request by Plaintiff to this Court to vacate the remand order and thereby re-assert jurisdiction over Plaintiff's action pursuant to 8 U.S.C. § 1447(b). Each party will bear their own costs and attorney fees.

Date: April 18, 2017                          Respectfully submitted,

BRIAN J. STRETCH
United States Attorney


___/s/ *Sara Winslow*_____
SARA WINSLOW
Assistant United States Attorney
Attorneys for Defendants


Dated:

_____
RAJPAL BANDARAPALLI
Pro Se


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:

_____
Maria-Elena James
United States Magistrate Judge


STIPULATION TO REMAND
C17-00194 MEJ

| | |
|---|---|
| 1 | Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 |
| 2 | F.3d 1144, 1160 (9th Cir. 2004) (accord). |
| 3 | Accordingly, IT IS HEREBY STIPULATED that: |
| 4 | 1. The Court shall remand this case to USCIS, directing the agency to take any and all |
| 5 | necessary actions, and issue a decision on Plaintiff's application for naturalization within 30 days of the |
| 6 | remand order. |
| 7 | 2. If USCIS does not issue a decision on Plaintiff's application for naturalization within the |
| 8 | time frame set forth in paragraph 1 above, Defendants will not oppose any request by Plaintiff to this |
| 9 | Court to vacate the remand order and thereby re-assert jurisdiction over Plaintiff's action pursuant to 8 |
| 10 | U.S.C. § 1447(b). Each party will bear their own costs and attorney fees. |
| 11 | Date: Respectfully submitted, |
| 12 | |
| 13 | BRIAN J. STRETCH<br>United States Attorney |
| 14 | |
| 15 | SARA WINSLOW<br>Assistant United States Attorney |
| 16 | Attorneys for Defendants |
| 17 | DocuSigned by:<br>*Rajpal Bandarapalli* |
| 18 | Dated: 5D353A04997D472... 4/14/2017<br>RAJPAL BANDARAPALLI |
| 19 | Pro Se |
| 20 | |
| 21 | **ORDER** |
| 22 | Pursuant to stipulation, IT IS SO ORDERED. |
| 23 | |
| 24 | Date: April 19, 2017 |
| 25 | Maria-Elena James |
| 26 | United States Magistrate Judge |
| 27 | |
| 28 | |

STIPULATION TO REMAND
C17-00194 MEJ